IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH   CENTRAL DIVISION

| | |
|---|---|
| **Opes Capital Group**<br><br>**Plaintiff,**<br><br>vs.<br><br>**Celerity World Capital et. al.**<br><br>**Defendants.** | **ORDER**<br><br>Case No. 2:10CV00545 TC |

The Court issued an order to show cause in this case on June 15, 2012, instructing the parties to show cause why this case should not be dismissed for failure to prosecute. The parties have not responded to the order to show cause. The parties were warned that failure to respond would result in dismissal of the case. The court therefore dismisses the case without prejudice for failure to prosecute.

Dated this 10th day of July, 2012.

By  *Tena Campbell*
Tena Campbell
United States District Judge